

# DEPARTMENT OF LAW
#### OFFICE OF THE CORPORATION COUNSEL
CITY OF SYRACUSE, MAYOR BEN WALSH

April 8, 2018

**Kristen E. Smith**
Corporation Counsel

**Joseph W. Barry III**
First Assistant
Corporation Counsel

**Christina F. DeJoseph**
Senior Assistant
Corporation Counsel

Catherine E. Carnrike
Meghan E. Ryan
Amanda R. Harrington
John C. Black Jr.
Kathryn M. Ryan
Ramona L. Rabeler
Erica T. Clarke
Todd M. Long
Khalid Bashjawish
Janet M. Fall
Lee R. Terry
Sarah A. Lafen
Daniel C. Bollana

VIA ELECTRONIC FILING
Honorable Mae A. D'Agostino
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

Re:   Jason Lopez v. Eric Gerace
      Civil Action No.: 5:18-cv-00952

Dear Judge D'Agostino:

I am writing to follow-up after my conversation with Mr. Leung of your chambers this morning. After speaking to Mr. Leung, I called Mr. Castle to inquire as to whether he would stipulate to accept service of Defendant's answer in the above-captioned matter.

Mr. Castle indicated he could not give me a definite answer, but indicated he would be amenable to a telephone conference with the Court to discuss this case. As I indicated to Mr. Castle, I am open to a conference at the Court's convenience. I am, however, prepared to file a formal motion to vacate the default if necessary.

I appreciate the Court's time and attention to this matter. Please feel free to contact the undersigned with any questions or concerns.

Respectfully submitted,
      /s/
Christina F. DeJoseph, Esq.
Senior Assistant Corporation Counsel (Federal Bar ID: 514784)

CFD/amm

CC: Michael A. Castle, Esq. (*via CM/ECF*)

**Department of Law**
**Office of Corp. Counsel**
233 E. Washington St.
City Hall, Room 300
Syracuse, N.Y. 13202

Office 315 448-8400
Fax    315 448-8381
Email
law@syrgov.net

*Service of papers or process by facsimile or other electronic methods is not acceptable.*